```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                  DOC #:
SOUTHERN DISTRICT OF NEW YORK                 DATE FILED:  7/9/09
----------------------------------------X
ERNESTO ABREU,
                                          :
                                          :  08 Civ. 10129(LAP)(THK)
                      Plaintiff,          :
                                          :
          -against-                       :          ORDER
                                          :
DETECTIVE ANTHONY ROMERO, et al.,         :
                                          :
                      Defendants.         :
                                          :
----------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This § 1983 action having been referred to this Court for general pretrial supervision, and the parties having participated in a pretrial telephone conference with the Court, it is hereby ORDERED that:

1. Plaintiff is granted until September 15, 2009 to amend his complaint for the purpose of naming additional defendants who are currently identified only as "John Does." After that date, there shall be no further amendment of pleadings or joinder of additional parties, without good cause shown.

2. All pretrial discovery in this matter shall be completed by November 16, 2009

3. Any dispositive motions shall be filed by December 21, 2009; responses shall be filed by January 20, 2010; and replies, if any, shall be filed by February 3, 2010.

4. The following rules shall govern all pretrial activity in this case:

If any discovery disputes arise during this case, the parties

COPIES MAILED
TO COUNSEL OF RECORD ON  7/9/09

must make a good faith effort to resolve them.  If disputes cannot be resolved, they should be brought to the Court's attention by letter.  This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the need for formal motions.  A responsive letter should be submitted within five days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies.  In all other cases, applications must be made by letter to my chambers.  If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz."  The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

SO ORDERED.

Theodore H. Katz
United States Magistrate Judge

Dated:    July 9, 2009
          New York, New York

2

Copies mailed this date to:

Ernesto Abreu
08-A-3904
Livingston Correctional Facility
P.O. Box 91
Sonyea, New York 14556

Diep Nguyen, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007
212 341-9848

3